

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Bert Ford, Administrator
Texas Liquor Control Board
Austin, Texas

Opinion No. O-7071

Re: Under the provisions of
the Texas Liquor Control
Act, may the holder of a
Package Store Permit make
application for and re-
ceive a Local Cartage Per-
mit if he were also the
owner of a warehouse or
transfer business?

Dear Sir:

We have received your recent request for
an opinion on the question hereinabove stated.

Subsection (8) of Article 666-15, Penal
Code of Texas (Sec. 15(8) of Art. 1 of the Texas Li-
quor Control Act), provides, in substance, that a
package store permit shall authorize the holder there-
of to purchase liquor from certain other types of per-
mit holders in this State; to sell on or from licensed
premises at retail to consumer for off-premises con-
sumption only; to sell malt and vinous liquors in ori-
ginal containers of not less than six (6) ounces; to
sell vinous liquors, but in quantities of not more than
five (5) gallons in original containers in any single
transaction. It is further provided in Subsection (e)
of said Subsection (8) of Article 666-15, Penal Code,
that "any person holding more than one package store
permit may designate one of the licensed premises as
the place for storage of liquor, and he shall be
privileged to transfer liquor from such storage to his
other licensed premises under such rules as shall be

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

prescribed by the Board." It is further provided
therein for an annual fee for such permit, based on
population, where situated, etc.

Subsection (13) of Article 666-15, Penal
Code of Texas (Sec. 15(13) of Art. 1 of the Texas
Liquor Control Act), entitled Local Cartage Permit,
provides as follows:

"The Board is hereby authorized to
issue Local Cartage Permits to warehouse
or transfer companies desiring to transport
liquor for hire within the corporate limits
of any city or town within this State. It
shall be unlawful for any person to trans-
port liquor for hire within any city or town
unless and until he shall have secured such
permit or to transport the same in violation
of the motor carrier laws of this State. In
the case of local cartage, liquors shall not
be transported by the holder of such Local
Cartage Permit unless and until a description
of each vehicle used in such transportation
shall be furnished as may be required by the
Board; and each such vehicle shall be plain-
ly marked or lettered in such manner as to
plainly indicate that such vehicle is being
used for the transportation of liquors by
the holder of a Local Cartage Permit. The
transportation of liquor by the holder of a
Local Cartage Permit in any vehicle not so
described and marked shall be unlawful and
shall constitute grounds for the cancellation
of such permit. It shall be unlawful for the
holder of a Local Cartage Permit to transport
liquor for hire between incorporated cities
or towns in this State unless and until he
shall have fully complied with the require-
ments of the motor carrier laws of this State.

governing the issuance of 'carrier' permits.

"The annual fee for Local Cartage Permits shall be Five Dollars ($5)."

It will be noted that the statute only authorizes said Local Cartage Permits to be issued to warehouse or transfer companies. Under the "Expressio Unius" Rule, we believe said statute (Subsection (13), Article 666-15, supra) prohibits the issuance of a Local Cartage Permit to any other than bona fide warehouse or transfer companies.

We have been unable to find any statute which inhibits the Texas Liquor Control Board from issuing a local cartage permit to a holder of a package store permit, provided the holder of such package store permit is actually and bona fide engaged in the warehouse or transfer business.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By
Robert L. Lattimore, Jr.
Assistant

RLL:gb:djm:ddt

Approved Feb. 21, 1946
s: Carlos C. Ashley
First Assistant
Attorney General